FILED

AUG 06 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. __19 CR 155 JED__ |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [COUNT 1: 18 U.S.C. §§ 922(g)(1) |
| v. | ) | and 924(a)(2) – Felon in Possession of |
| | ) | Firearm and Ammunition; |
| JOSHUA WILLIAM BEYERL, | ) | COUNT 2: 18 U.S.C. § 1512(a)(2)(A) – |
| | ) | Tampering With a Witness by |
| Defendant. | ) | Physical Force or Threat; |
| | ) | COUNT 3: 18 U.S.C. § 924(c)(1)(A)(ii) |
| | ) | – Carrying, Using, and Brandishing a |
| | ) | Firearm During and in Relation to a |
| | ) | Crime of Violence; |
| | ) | Forfeiture Allegation: 18 U.S.C. |
| | ) | § 924(d), 18 U.S.C. § 981(a)(1)(C) and |
| | ) | 28 U.S.C. § 2461(c) – Firearm and |
| | ) | Witness Tampering Forfeiture] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about June 17, 2019, in the Northern District of Oklahoma, the defendant,

**JOSHUA WILLIAM BEYERL**, knowing that he had been convicted of the following

crime punishable by imprisonment for a term exceeding one year:

> Indecent Exposure (Count One), Case No. CF-2016-140, in the District Court in
> and for Delaware County, State of Oklahoma, on December 27, 2017,

did knowingly possess in and affecting interstate commerce the following firearm and

ammunition:

1. A Savage Arms 64 Model 22LR rifle, serial number 3047502; and

2. One round of CCI brand .22 LR caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
### [18 U.S.C. § 1512(a)(2)(A)]

On or about June 17, 2019, in the Northern District of Oklahoma, the defendant,

**JOSHUA WILLIAM BEYERL,** used physical force and the threat of physical force, and

attempted to do so, against Delaware County Undersheriff Tracy A. Shaw, by brandishing

a firearm at him with the intent to influence, delay, and prevent the testimony of

Undersheriff Tracy A. Shaw in an official proceeding.

All in violation of Title 18, United States Code, Section 1512(a)(2)(A).

## **COUNT THREE**
### **[18 U.S.C. § 924(c)(1)(A)(ii)]**

On or about June 17, 2019, in the Northern District of Oklahoma, the defendant

**JOSHUA WILLIAM BEYERL,** did knowingly carry, use, and brandish a firearm during

and in relation to a crime of violence for which he may be prosecuted in a court of the

United States, that is, Tampering With a Witness by Physical Force or Threat, as set forth

more fully in Count Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the offenses alleged in Counts One, Two or Three of this Indictment, as part of his sentence, the defendant, **JOSHUA WILLIAM BEYERL**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, and any firearms and ammunition involved in or used in the knowing commission of the offenses, including, but not limited to:

**FIREARM AND AMMUNITION**

1.  A Savage Arms 64 Model 22LR rifle, serial number 3047502; and

2.  One round of CCI brand .22 LR caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

R. TRENT SHORES
UNITED STATES ATTORNEY

A TRUE BILL

_____
VICTOR A.S. REGAL
Assistant United States Attorney

*/s/ Grand Jury Foreperson*_____
Grand Jury Foreperson